Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–25699–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Twisdale D Morris
13 Main St
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–6882

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/5/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 5, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                          District of New Jersey
In re:                                                    Case No. 19-25699-ABA
Twisdale D Morris                                         Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin          Page 1 of 2      Date Rcvd: Nov 05, 2019
                            Form ID: 148         Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db           +Twisdale D Morris,   13 Main St,   Bridgeton, NJ 08302-6912
518406832    +Access Auto,   1903 S Delsea Dr,   Vineland, NJ 08360-6391
518406834    +Bella's Bail Bonds,   117 Smith St,   Millville, NJ 08332-4224
518417204   ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
              (address filed with court: CREDIT ACCEPTANCE,   25505 WEST 12 MILE RD,   SOUTHFIELD , MI 48034)
518406836     Credit Acceptance Corp,   Po Box 5070,   Southfield, MI 48086-5070
518413289    +HELMER CONLEY & KASSELMAN PA,   c/o SKLAR LAW LLC,   ANDREW SKLAR ESQUIRE,
              1200 LAUREL OAK RD, STE 102,   VOORHEES, NJ 08043-4317
518406837    +Helmer Conley And Kasselman,   196 E Commerce St,   Bridgeton, NJ 08302-2606
518406841    +Mariner Finance,   8211 Town Center Dr.,   Nottingham, MD 21236-5904
518477019    +MidFirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
518406842     Midland Mortgage,   Po Box 5025,   Oklahoma City, OK 73126
518406843     Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
              Trenton, NJ 08625-0112
518406844    +PMAB LLC,   4135 S Stream Blvd Ste,   Charlotte, NC 28217-4636
518457276   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation Bankruptcy,   PO Box 245,
              Trenton, NJ 08695)
518406845    +South Jersey Health System,   PO Box 3129,   Secaucus, NJ 07096-3129
518406847    +State Of New Jersey,   P.O. Box 445,   Department Of Treasury,   Trenton, NJ 08695-0445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 00:17:04    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 00:17:00    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            EDI: HNDA.COM Nov 06 2019 04:38:00    American Honda Finance Corporation,
              3625 W. Royal Lane Suite 200,   Irving, TX 75063,   UNITED STATES
518435596     EDI: HNDA.COM Nov 06 2019 04:38:00    American Honda Finance Corporation,
              National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
518406833    +EDI: HNDA.COM Nov 06 2019 04:38:00    American Honda Finance,   200 Continental Drive,
              Newark, DE 19713-4336
518420973    +EDI: AISACG.COM Nov 06 2019 04:38:00    BMW Bank of North America,
              AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518439658     EDI: BMW.COM Nov 06 2019 04:38:00    BMW Financial Services NA, LLC,   P.O. Box 3608,
              Dublin, OH  43016
518406835     EDI: BMW.COM Nov 06 2019 04:38:00    BMW FInancial Services,   PO Box 3608,   Dublin, OH 43016
518406840    +EDI: IRS.COM Nov 06 2019 04:38:00    IRS,   1601 Market St,   Philadelphia, PA 19103-2301
518406846     EDI: NEXTEL.COM Nov 06 2019 04:38:00    Sprint,   P.O. Box 219718,
              Kansas City, MO 64121-9718
                                                                          TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518406838*    IRS,   PO Box 744,   Springfield, NJ 07081-0744
518406839*    IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                          Signature:   /s/Joseph Speetjens

District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Nov 05, 2019
                             Form ID: 148          Total Noticed: 25

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
          Isabel C. Balboa      ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Twisdale D Morris mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5